1  Eugene P. Ramirez (State Bar No. 134865)
   *epr@manningllp.com*
2  Daniel Dubin (State Bar No. 313235)
   *djd@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
   Attorneys for Defendants CITY OF
7  CALIFORNIA CITY, FRANK GARCIA
   HUIZAR AND STEVEN GEOFFREY
8  WHITING
9
10                    **UNITED STATES DISTRICT COURT**
11        **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**
12
13
   ROSENDA FLORES; JUAN FLORES;        Case No. 1:18-CV-00703-DAD-JLT
14 JESUS FLORES; ROSANNA              *[The Hon. Dale A. Drozd]*
   FLORES; and CIRIACO FLORES,
15                                     **JOINT STIPULATION TO DEEM**
        Plaintiffs,                    **DEFENDANT CALIFORNIA**
16                                     **CITY'S MOTION TO DISMISS**
        v.                             **AND STRIKE PORTIONS OF**
17                                     **PLAINTIFFS' FIRST AMENDED**
   CITY OF CALIFORNIA CITY,            **COMPLAINT FILED ON BEHALF**
18 FRANK GARCIA HUIZAR; STEVEN         **OF DEFENDANTS FRANK**
   GEOFFREY WHITING; and DOES 1-       **GARCIA HUIZAR AND STEVEN**
19 100, Inclusive,                     **GEOFFREY WHITING**
20      Defendants.
                                       [Proposed Order filed concurrently]
21
                                       FAC Filed:  July 2, 2018
22                                     Trial: Not yet scheduled
23
24      Plaintiffs Rosenda Flores, Juan Flores, Jesus Flores, Rosanna Flores and Ciriaco

25 Flores ("Plaintiffs") and Defendants CITY OF CALIFORNIA CITY, FRANK

26 GARCIA HUIZAR and STEVEN GEOFFREY WHITING ("Defendants"), by and

27 through their attorneys of record, stipulate as follows:

28 ///

                                    1

1    1)    WHEREAS, Plaintiffs served their First Amended Complaint on
2 Defendants on July 2, 2018 [Dkt. 8];

3    2)    WHEREAS, Defendants' counsel filed Defendant CALIFORNIA CITY's
4 motion to dismiss and strike portions of Plaintiffs' first amended complaint on August
5 13, 2018 [Dkt. 11];

6    3)    WHEREAS, Plaintiffs' counsel filed Plaintiffs' opposition to
7 CALIFORNIA CITY's motion to dismiss and strike portions of Plaintiffs' first
8 amended complaint on August 24, 2018 [Dkt. 12];

9    4)    Whereas, Defendants' counsel just recently learned that Defendants
10 FRANK GARCIA HUIZAR and STEVEN GEOFFREY WHITING were served;

11    5)    WHEREAS, the parties agree that duplicative motions would be
12 needlessly wasteful and cumulative of the parties' resources;

13    NOW THEREFORE, Plaintiffs and Defendants, through their respective
14 attorneys of record, hereby stipulate that Defendant California City's motion to dismiss
15 and strike portions of Plaintiffs' first amended complaint shall be deemed to have been
16 filed on behalf of FRANK GARCIA HUIZAR and STEVEN GEOFFREY WHITING,
17 which will thus serve as their response to Plaintiffs' First Amended Complaint.

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

2

1    IT IS SO STIPULATED.

2

3    DATED:  August 28, 2018          MANNING & KASS
                                      ELLROD, RAMIREZ, TRESTER LLP
4

5

6                                     By:  _____/s/ Daniel Dubin_____
                                           Eugene P. Ramirez, Esq..
7                                          Daniel Dubin, Esq.
                                           Attorneys for Defendants CITY OF
8                                          CALIFORNIA CITY, FRANK GARCIA
                                           HUIZAR AND STEVEN GEOFFREY
9                                          WHITING

10

11

12   DATED: August 28, 2018           LAW OFFICE OF OLAF LANDSGAARD

13

14                                    By:  _____/s/ Olaaf Lansgaard_____
                                           Olaf Arthur Landsgaard
15                                         Attorney for Plaintiffs ROSENDA
                                           FLORES, JUAN FLORES, JESUS
16                                         FLORES, ROSANNA FLORES and
                                           CIRIACO FLORES
17

18

19

20

21

22

23

24

25

26

27

28

3