# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENDA FLORES, JUAN FLORES, JESUS FLORES, ROSANNA FLORES, AND CIRIACO FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CALIFORNIA CITY; FRANK GARCIA HUIZAR; STEVEN WHITING, and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. 1:18-CV-00703 DAD-JLT<br><br>[~~PROPOSED~~] **ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY NOT MORE THAN 28 DAYS**<br><br>(Doc. 29) |

Good cause appearing, the Court grants the stipulation to extend the time for defendants CITY OF CALIFORNIA CITY, FRANK GARCIA HUIZAR and STEVEN GEOFFREY WHITING to file a responsive pleading to the Second Amended Complaint, up to and including February 15, 2019.

IT IS SO ORDERED.

Dated: **January 28, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE