UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENDA FLORES, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF CALIFORNIA, et al.,<br><br>  Defendants. | No. 1:18-cv-00703-DAD-JLT<br><br>ORDER TO SHOW CAUSE REQUIRING PLAINTIFFS' PERSONAL APPEARANCES<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE THIS ORDER ON PLAINTIFFS |

On April 30, 2019, the court issued an order granting defendants' motion to dismiss plaintiffs' second amended complaint. (Doc. No. 40.) Therein, the court also granted plaintiffs leave to file a third amended complaint, requiring that any such filing be filed and served within fourteen (14) days from the issuance of the order. (*Id.* at 13.) Immediately after the court issued the April 30, 2019 order, a legal assistant from the Law Offices of Olaf Landsgaard emailed the undersigned's courtroom deputy and informed the court that Olaf Landsgaard—plaintiffs' counsel of record in this matter—passed away on April 23, 2019. The legal assistant further informed the court that attorney Landsgaard was a solo practitioner and that his office was in the process of securing new counsel to represent plaintiffs in this matter. Accordingly, on May 2, 2019, the court issued a minute order removing the fourteen (14) day deadline to file an amended complaint and directing plaintiffs to notify the court within thirty (30) days from the issuance of

1

that minute order whether they had found substitute counsel or, if not, how long they anticipate it would take them to find substitute counsel or whether they intend to proceed with this action *pro se* or whether they seek to dismiss this action. (Doc. No. 41.) Because it was unclear to the court whether plaintiffs ever received the May 2, 2019 minute order, on June 13, 2019, after the deadline to comply with the May 2, 2019 minute order lapsed, the court issued another minute order, directing the Clerk of the Court to mail a copy of the June 13, 2019 minute order, the May 2, 2019 minute order, and the court's order granting defendants' motion to dismiss at an address for plaintiffs that has been provided to the court by attorney Landsgaard's legal assistant. (Doc. No. 43.) The June 13, 2019 minute order redirected plaintiffs to inform the court within fourteen (14) days from the issuance of that order how they wished to proceed, if at all, with this action. (*Id.*) That fourteen (14) day deadline has now passed, and plaintiffs have not complied with the court's orders or otherwise communicated with the court. The court has also, by email and telephone, attempted to contact the Law Offices of Olaf Landsgaard to ascertain what progress, if any, has been made with respect to securing substitute counsel for plaintiffs, but the court's correspondences in this regard remain unanswered.

Accordingly, it is hereby ordered that plaintiffs Rosenda Flores, Juan Flores, Jesus Flores, Rosanna Flores, and Ciriaco Flores are to appear **personally** on Tuesday, July 16, 2019, at 9:30 A.M. in Courtroom 5 of the Robert E. Coyle United States Courthouse, 2500 Tulare St., Fresno, California and to show cause why this action should not be dismissed for failure to prosecute and for failure to obey the court's orders. In the alternative, plaintiffs may appear telephonically, and may do so by dialing 877-402-9757 (access code 6966236) at the time of the hearing. Although defendants are not required to appear, they may do so and should do so if they have any information that can assist the court in understanding how plaintiffs wish to proceed in this action.

/////
/////
/////
/////

The Clerk of Court is directed to serve this order on plaintiffs **by mail** at the below address which has been provided by attorney Landsgaard's legal assistant:

21361 Reed Place
California City, CA 93505

If plaintiffs no longer wish to pursue this action but rather wish to dismiss it, they may advise the court of that desire. If not, however, they must appear at the time and place specified above as ordered. Any failure on plaintiffs' part to comply with this order will result in the dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated: **June 28, 2019**

_____
UNITED STATES DISTRICT JUDGE